# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Jeanna L. Kratzert**

    vs.                              **CASE NUMBER: 1:09-CV-597 (NAM/RFT)**

**White Lodging Services, Inc.**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendant's Motion to Dismiss is granted and the Complaint is hereby Dismissed in it's entirety.

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue, dated the 8th day of March, 2010.

DATED: March 8, 2010

*(signature)*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk